JAP:SPN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

HOPETON MURRAY,

           Defendant.

- - - - - - - - - - - - - -X

S U P P L E M E N T A L
AFFIDAVIT

(21 U.S.C. § 952(a) and 960)

14-M-42

EASTERN DISTRICT OF NEW YORK, SS:

      ILIANA PAGAN, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on January 16, 2014.

      Commencing on or about January 15, 2014, the defendant HOPETON MURRAY passed a total of 63 pellets containing a total gross weight of approximately 874.9 grams of cocaine.

2

WHEREFORE, your deponent respectfully requests that the defendant HOPETON MURRAY, be dealt with according to law.

ILIANA PAGAN
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me this
21st day of January, 2014

THE HONORABLE MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK